UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**HOWARD COHAN,**

      **Plaintiff,**

**v.**                             **Case No.  6:22-cv-1689-CEM-LHP**

**ALTAMONTE PETRO, LLC,**

      **Defendant.**

                                    /

## ORDER

THIS CAUSE is before the Court on Plaintiff's Notice of Voluntary Dismissal Without Prejudice (Doc. 13). The Court's October 25, 2022 Order is **VACATED** to the extent that it dismissed this cause with prejudice (Doc. 12). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), this case is to remain closed.

**DONE** and **ORDERED** in Orlando, Florida on November 15, 2022.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record

Page **1** of **1**